# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: JUUL LABS, INC., MARKETING, SALES
PRACTICES, AND PRODUCTS LIABILITY
LITIGATIONMDL No. 2913

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO –2)

On October 2, 2019, the Panel transferred 5 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.3d_ (J.P.M.L. 2019). Since that time, no additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable William H. Orrick, III.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Orrick.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of October 2, 2019, and, with the consent of that court, assigned to the Honorable William H. Orrick, III.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Oct 18, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.

ATTEST:
SUSAN Y. SOONG
Clerk, U.S. District Court
Northern District of California

by: _____
Deputy Clerk
Date: October 21, 2019

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION  MDL No. 2913

### SCHEDULE CTO−2 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ARKANSAS EASTERN | | | |
| ARE | 4 | 19−00665 | Doe v. Juul Labs Inc |
| CONNECTICUT | | | |
| CT | 3 | 19−01542 | B. v. Juul Labs, Inc. et al |
| KANSAS | | | |
| KS | 2 | 19−02608 | USD 233 Olathe v. JUUL Labs, Inc. |
| MISSOURI EASTERN | | | |
| MOE | 4 | 19−02713 | Francis Howell School District v. JUUL Labs, Inc. |
| NEW JERSEY | | | |
| NJ | 1 | 19−18579 | CLEMENTS v. JUUL LABS, INC. et al |
| NEW YORK EASTERN | | | |
| NYE | 2 | 19−05551 | Hochhauser v. JUUL Labs Inc. et al |
| PENNSYLVANIA WESTERN | | | |
| PAW | 2 | 19−01268 | MAYS v. JUUL LABS, INC. et al |
| TENNESSEE WESTERN | | | |
| TNW | 2 | 19−02671 | Emidy v. Juul Labs, Inc. |
| WASHINGTON WESTERN | | | |
| WAW | 2 | 19−01600 | La Conner School District v. Juul Labs Inc et al |